UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| FRASERVIEW REMANUFACTURING INC.,<br><br>　　　　　Plaintiff,<br>　v.<br>UNITED STATES, *et al*,<br><br>　　　　　Defendants. | Court No. 23-00063 |

## STIPULATION FOR ENTRY OF JUDGMENT

To resolve the claims asserted in the complaint and to permit the entry of a judgment on those claims, it is stipulated and agreed between the parties that:

1. This action involves 830 entries of softwood lumber filed between January 2019 and December 2019 at several ports of entry in the states of Minnesota, North Dakota, and Washington. *See* entries set forth on attached Schedule A (hereinafter the "subject entries).

2. In April and May 2020, the liquidation of the subject entries was suspended pursuant to instructions by the Department of Commerce (Commerce) relating to antidumping and countervailing duty orders on softwood lumber imported from Canada. The instructions are identified as Message Nos. 0111401 and 0140401. Commerce continued this suspension in Message Nos. 2059401 and 2075474.

3. U.S. Customs and Border Protection (CBP) erroneously designated the subject entries as having been deemed liquidated at the duty rate asserted at entry.

4. CBP will return the liquidation status of the subject entries to that of being suspended.

5. The subject entries will remain suspended until CBP receives further instructions from Commerce that alter or supplant Commerce's suspension instructions..

6. The entries set forth on the attached Schedule A are stipulable in accordance with this agreement.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

9. Pursuant to USCIT Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action.

AGREED TO BY:

HEATHER JACOBSON
NAKACHI ECKHARDT & JACOBSON P.C.
450 Alaskan Way South, Suite 200
Seattle, WA 98104
(206) 774-0927
*Attorney for Plaintiff*

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

FOR JUSTIN R. MILLER

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278
(212) 264-0484
*Attorneys for defendants*

Dated: January 30, 2025

**SO ORDERED.**

Judgment is hereby entered in accordance with this stipulation and this matter is dismissed.

_____
Timothy M. Reif, Judge

Date: _____